AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00557 |
| RYAN PARKER | ) Assigned to: Judge Harvey, G. Michael |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign Date: 8/9/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2021__ in the county of _____ in the _____ District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, ammunition, and did receive ammunition, which had been shipped and transported in interstate and foreign commerce, that is, 9mm ammunition. |
| 22 D.C. Code § 4503(a)(1), (b)(1) | (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

JOSHUA B. ROTHMAN, SA, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __08/09/2021__

*Judge's signature*

City and state: __Washington, DC__      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*